# UNITED STATES DISTRICT COURT
## District of Minnesota

Angel Arturo Soriano Ramos

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi,
David Easterwood, Joel Brott

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00502-JRT-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Order [3] and Memorandum and Order [8] and Order [10] have been satisfied.

Date: 1/31/2026

KATE M. FOGARTY, CLERK